UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62611-CIV-SINGHAL/VALLE

JOSE & SELMA ROMANI,

    Plaintiffs,

vs.

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before this Court upon the Stipulation of Dismissal (DE [18]) filed by the parties, it is hereby

**ORDERED AND ADJUDGED** that the claims filed by the Plaintiffs, JOSE & SELMA ROMANI, in this action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. The dismissal shall be applicable to the Estate of Selma Romani. Plaintiffs will resolve all liens, assignments, or other interests with the settlement funds. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of July 2021.

                                              _____
                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF